FILED

AUG 03 2020

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ WC _____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Margo ANGULO,<br><br>Defendant. | Case No.: **20MJ9530**<br><br>**COMPLAINT FOR VIOLATION OF:**<br><br>Title 18, U.S.C., Section 751(a),4082(a)<br>Escape from Federal Custody |

The undersigned complainant, being duly sworn states:

That on, or about June 12, 2020, in the Southern District of California, Margo ANGULO, did unlawfully and willfully escape from an institution and facility in which he was confined by the Attorney General, to wit: Working Alternatives Residential Re-entry Center (RRC), Brawley, California, a federally contracted facility, said custody and confinement being by virtue of a conviction on December 17, 2019, for Title 8, United States Code, Section 1324; Transportation of Illegal Aliens.

The complainant further states that this complaint is based on the attached Statement of Facts, which is incorporated herein by reference.

_____
Adam J. Valluzzi
Deputy United States Marshal

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 3rd day of August, 2020.

_____
HON. RUTH BERMUDEZ MONTENEGRO
UNITED STATES MAGISTRATE JUDGE

2

UNITED STATES OF AMERICA

v.

Margo ANGULO

## STATEMENT OF FACTS

On June 29, 2020, I was assigned to investigate the escape and current whereabouts of Margo ANGULO (ANGULO). ANGULO was placed in escape status while in transit from Federal Corrections Complex, Victorville to Working Alternatives Residential Re-entry Center (RRC), located at 718 "E" Street, Brawley, California, 92227, a federally contracted facility. Following my assignment to his case, I have reviewed records maintained by Working Alternatives, the Bureau of Prisons (BOP), United States District Court, and the United States Marshals Service for relevant information and documents which provided the following facts:

1. ANGULO entered a change of plea and sustained a conviction for Transportation of Illegal Aliens on December 17, 2019 before U.S. Magistrate Court Judge Andrew G. Schopler. On March 11, 2020, he received a custodial sentence term of 12 months and 1 day in the custody of the BOP from U.S. District Court Judge Cynthia Bashant, in the Southern District of California, for Transportation of Illegal Aliens in case number 19-CR4593-BAS.

2. ANGULO was temporarily released via unescorted furlough transfer to report to the Working Alternatives, INC. California, 718 E Street, Brawley, CA 92227. ANGULO departed FCC Victorville on 12JUNE2020 at approximately 08:30am PST, with the means and directions to travel to his destination. ANGULO was to arrive on 12JUNE2020 at 3:30pm PST. As of 15JUNE2020 at 10:32AM PST ANGULO has not arrived as instructed.

3. As of July 1, 2020, ANGULO's whereabouts are unknown.